IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JULIE SU, ACTING SECRETARY OF LABOR,
U.S. DEPARTMENT OF LABOR,

    Plaintiff,

v.                                          Case No. 22-1004-JWB

LOS COCOS MEXICAN RESTAURANT, INC.,
et al.,

    Defendant.

## JURY INSTRUCTIONS
## SPECIAL VERDICT FORM

We, the jury, impaneled and sworn in the above entitled case, upon our oaths, do make the following answers to the questions propounded by the court:

1. Do you find that Defendants violated the minimum wage provision of the FLSA?

   Yes __X__    No _____

   If you answered "Yes" to Question 1, answer Question 2. If you answered "No," answer Question 3.

2. What amount of minimum wage back wages do you find that Plaintiff has proven?

   $ __14,374.87__ Andover

   $ __580.00__ Derby

   $ __10,373.08__ Wichita

   $ __25,327.95__ Total

3. Do you find that Defendants have proven by a preponderance of the evidence that they complied with the tip credit provision of the FLSA as set forth in Instruction No. 8:

   Yes _____    No __X__

1

(If you answered "No" to Question 3, answer Questions 4 and 5; otherwise, move to Question 6.)

4.  What amount of tips back wages do you find that Plaintiff has proven?

    $ __20,973.40__ Andover

    $ __34,068.89__ Derby

    $ __33,547.89__ Wichita

    $ __88,590.18__ Total

5.  What amount of tip credit back wages do you find that Plaintiff has proven?

    $ __169,461.97__ Andover

    $ __186,698.57__ Derby

    $ __211,130.35__ Wichita

    $ __567,290.89__ Total

6.  Do you find by a preponderance of the evidence that Defendants violated the overtime provision of the FLSA?

    Yes __X__     No _____

(If you answered yes to Question 6, answer Question 7; otherwise, move to Question 8.)

7.  What amount of overtime back wages do you find that Plaintiff has proven?

    $ __73,942.93__ Andover

    $ __107,248.03__ Derby

    $ __94,923.77__ Wichita

    $ __276,114.73__ Total

8.  Do you find that any FLSA violations were willful?

    Yes __X__     No _____

    If you answered Yes, please identify which Defendant(s) you find acted willfully in

violating the FLSA.  **All defendants**

9. Do you find that Defendant Los Cocos was the employer of the employees of all Los Cocos' locations?

Yes __X__ No _____

10. Do you find that Defendant Sergio Delgado was an employer of the employees at all Los Cocos' locations?

Yes __X__ No _____

If you answered No, please indicate the employees or locations, if any, as to which you find that Defendant Sergio Delgado was an employer. _____

11. Do you find that Defendant Luis Alfaro was an employer of the employees at all Los Cocos' locations?

Yes __X__ No _____

If you answered No, please indicate the employees or locations, if any, as to which you find that Defendant Luis Alfaro was an employer. _____

12. Do you find that Defendant Jose Alvaro de Leon was an employer of the employees at all Los Cocos' locations?

Yes __X__ No _____

If you answered No, please indicate the employees or locations, if any, as to which you find that Defendant Jose Alvaro de Leon was an employer. _____

13. What amount of back wages, if any, do you find that Plaintiff has proven Jose Alvaro de Leon is liable for according to the limitations as set forth in Instruction No. 11?

$ **31,332.39**

Please have your foreperson sign and date this verdict form.

Dated: **August 30**, 2024

Foreperson's Signature

3